NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HITACHI CONSUMER ELECTRONICS CO., LTD.,**
AND **HITACHI ADVANCED DIGITAL, INC.,**
*Plaintiffs-Appellants,*

**v.**

**TOP VICTORY ELECTRONICS (TAIWAN) CO.,
LTD., TPV INTERNATIONAL (USA), INC.,
ENVISION PERIPHERALS, INC., TOP VICTORY
ELECTRONICS (FUJIAN) CO. LTD., TPV
ELECTRONICS (FUJIAN) CO. LTD., AND TPV
TECHNOLOGY LTD.,**
*Defendants-Appellees.*

---

2014-1047

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:10-cv-00260-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

DEANNE E. MAYNARD, Morrison & Foerster LLP, of Washington, DC, argued for plaintiffs-appellants. With her on the brief were MARC A. HEARRON and JESSICA E. PALMER; A. MAX OLSON and DAVID L. FEHRMAN, of

Chiyoda-ku, Tokyo, Japan.  Of counsel on the brief were MARTIN J. BLACK, JEFFREY B. PLIES, ROBERT W. ASHBROOK, JR., and VINCENT A. GALLO, Dechert LLP, of Philadelphia, Pennsylvania.

JONATHAN D. HACKER, O'Melveny & Myers LLP, of Washington, DC, argued for defendants-appellees.  With him on the brief were MARK A. SAMUELS and BRIAN BERLINER, of Los Angeles, California.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 15, 2014               /s/  Daniel  E.  O'Toole
         Date                            Daniel E. O'Toole
                                         Clerk of Court